UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. REEVES, JR., | 1:03-cv-05638-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 85) |
| vs. | **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 74) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | **ORDER THAT JUDGMENT BE ENTERED FOR DEFENDANT AND AGAINST PLAINTIFF** |

Plaintiff James W. Reeves, Jr. ("plaintiff"), proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed July 22, 2005,
is ADOPTED IN FULL;

   2.   Defendant's motion for summary judgment, filed February
24, 2005, is GRANTED, thus concluding this action in its
entirety; and,

   3.   The Clerk of the Court shall enter judgment for
defendant and against plaintiff.

IT IS SO ORDERED.

**Dated:   September 9, 2005**             /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE